IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                Case No. 13-cv-126-jdp

REAL PROPERTY LOCATED AT 3883
RODDICK LANE, PLATTEVILLE,
GRANT COUNTY, WISCONSIN, WITH
ALL APPURTENANCES AND
IMPROVEMENTS THEREON,

$4,040.00 U.S. CURRENCY,

AND

$14,000 U.S. CURRENCY

        Defendants.

---

ORDER OF FORFEITURE

---

Upon application of the United States of America, and review of the entire file in this case, the Court hereby finds:

1. The Stipulated Settlement Agreement is incorporated herein by reference and attached to this Order of Forfeiture.

2. Amy Leffler and Travis Sedlak shall actively market the property located at 3883 Roddick Lane, Platteville, Grant County, Wisconsin (Roddick Lane).

3. Any offer to purchase the Roddick lane property received by Leffler and Sedlak is subject to written approval by the government prior to acceptance.

4. Leffler and Sedlak shall pay the United States of America fifty percent of the net proceeds, as defined by the stipulation, from the sale of the defendant property by certified or guaranteed check or money order payable to the United States Marshal Service. Payment is to be sent to Assistant United States Attorney Elizabeth Altman, 222 W. Washington Avenue, Suite 700, Madison, Wisconsin 53703.

5. The United States of America agrees to file a Release of *Lis Pendens* with the Register of Deeds for Grant County upon payment of the fifty percent of the net proceeds from the sale of the defendant property.

6. If Leffler and Sedlak should fail for any reason to have an accepted offer for the sale of the Roddick Lane property by September 1, 2014, the United States Attorney may request, and the United States District Court for the Western District of Wisconsin may enter, an order of forfeiture forfeiting all right, title, and interest of Leffler and Sedlak in the Roddick Lane property, without further notice or hearing pursuant to the terms of the stipulations.

7. The fifty percent of the net proceeds from the sale of the Real Property Located at 3883 Roddick Lane, Platteville, Grant County, Wisconsin is condemned and forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(7).

8. The United States Marshals are directed to dispose of the fifty percent of the net proceeds from the sale of the Real Property Located at 3883 Roddick Lane, Platteville, Grant County, Wisconsin in accordance with federal law.

9. The $4,040.00 United States currency and $14,000.00 United States currency are condemned and forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6).

10. The government is directed to dispose of the $4,040.00 United States currency and $14,000.00 United States currency in accordance with federal law.

ORDERED this 30TH day of June 2014.

*[signature]*

JAMES D. PETERSON
United States District Court Judge

3